UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILBER HERNANDEZ-MANZANO and LISANDRA HAIRSTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 1:24-cv-05567 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Wilber Hernandez-Manzano and Lisandra Hairston, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All Claims of Plaintiff, Wilber Hernandez-Manzano, individually, are hereby dismissed without prejudice.

2. All Claims of Plaintiff, Lisandra Hairston, individually, are hereby dismissed without prejudice.

2. All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: December 18, 2024    Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By:/s/ *Andrew Shamis*
Andrew Shamis
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

Jeffrey D. Kaliel (*pro hac vice* to be filed)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor

1

>Washington, D.C. 20005
>Tel: (202) 350-4783
>jkaliel@kalielpllc.com
>
>Scott Edelsberg (*pro hac vice* to be filed)
>EDELSBERG LAW, P.A.
>19495 Biscayne Boulevard, Suite 607
>Tel: (305) 975-3320
>scott@edelsberglaw.com
>
>*Attorneys for Plaintiffs and the Putative Class*

```
Request GRANTED. The Court hereby
grants the request for approval of
voluntary dismissal without
prejudice.

SO ORDERED.      _____
                  Victor Marrero
                     U.S.D.J.
Dated: December 20, 2024
```